UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**CLEAR SPRING PROPERTY AND
CASUALTY COMPANY**,

    Plaintiff,

Case No. 1:21-cv-24234-RKA

vs.

**WELLO AND MOM, LLC**,

    Defendant.

_____/

## NOTICE OF DISMISSAL OF
## DEFENDANT'S MIRROR-IMAGE STATE COURT ACTION

COMES NOW the Plaintiff, CLEAR SPRING PROPERTY AND CASUALTY COMPANY (hereinafter "CLEAR SPRING"), by and through its undersigned counsel, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida, and hereby files this its Notice of Dismissal of Defendant's Mirror-Image State Court Action, and further thereto would respectfully state as follows:

1. As previously stated in Plaintiff's *Notice of Hearing on Plaintiff's Motion to Dismiss Defendant's Mirror-Image State Court Action* [ECF No. 25], Plaintiff CLEAR SPRING moved to dismiss Defendant WELLO AND MOM, LLC's (hereinafter "WELLO") improperly filed mirror-image state court action in Miami-Dade County circuit court. A true and correct copy of CLEAR SPRING's aforesaid motion, entitled "Defendant's Motion to Dismiss the Plaintiff's Complaint in Favor of a Pending Federal Action," dated April 8, 2022, was previously filed as ECF No. 25-1.

2. A Zoom hearing on CLEAR SPRING's aforesaid motion to dismiss WELLO's mirror-image state court action was held at 11:00 a.m. on June 30, 2022, and CLEAR SPRING's motion

to dismiss was granted. A true and correct copy of the Order of Dismissal, dated June 30, 2022 and signed by Miami-Dade Circuit Court Judge Reemberto Diaz, is attached hereto as Exhibit 1.

Dated:      June 30, 2022
               Fort Lauderdale, Florida

               Respectfully submitted,

GOLDMAN & HELLMAN
*Attorneys for Plaintiff*
8751 W. Broward Boulevard
Suite 404
Fort Lauderdale, FL 33324
Tel (954) 356-0460
Fax (954) 832-0878

By: /s/ Steven E. Goldman
STEVEN E. GOLDMAN
FLA. BAR. NO. 345210

By: /s/ Jacqueline L. Goldman
JACQUELINE L. GOLDMAN
FLA. BAR. NO. 1005573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

Raul Morales, Esq.
Cristina Salem, Esq.
MARTINEZ MORALES
2600 S. Douglas Road, Suite 305
Coral Gables, FL 33134
T: 305-501-5011
F: 786-272-7997
rmorales@mmlawfl.com
csalem@mmlawfl.com

GOLDMAN & HELLMAN
*Attorneys for Plaintiff*
8751 W. Broward Boulevard
Suite 404
Fort Lauderdale, FL 33324
Tel (954) 356-0460
Fax (954) 832-0878

By: /s/ Steven E. Goldman
STEVEN E. GOLDMAN
FLA. BAR. NO. 345210

By: /s/ Jacqueline L. Goldman
JACQUELINE L. GOLDMAN
FLA. BAR. NO. 1005573