UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 21-CV-24234-RKA

CLEAR SPRING PROPERTY
AND CASUALTY COMPANY,

       Plaintiff,

vs.

WELLO AND MOM, LLC.

       Defendants
._____/

## JOINT SCHEDULING REPORT AND ORDER PER LOCAL RULE 16.1

Plaintiff CLEAR SPRING PROPERTY AND CASUALTY COMPANY (**"Clear Spring"**) and Defendant WELLO AND MOM, LLC (**"Wello"**) have agreed on the following dates and discovery plan pursuant to Fed. R. Civ. P. 26(1) and Local Rule 16.1, and submit the following report to the Court for consideration:

## LOCAL RULE 16.1(B)(2) REPORT

A. **Likelihood of Settlement:** A settlement is not likely at this time.

B. **Likelihood of Appearance of Additional Parties**: The appearance of additional parties in this action is not likely.

C. **Proposed Limits on Time to:**

    i. Join Other Parties and to Amend the Pleadings: See chart below.

    ii. File and Hear Motions: See chart below.

    iii. Complete Discovery: See chart below.

D. **Proposals for the Formulation and Simplification of Issues**: None at this time.

However, the parties will re-evaluate whether it is possible to simplify the issues as this

case progresses, particularly once the Court rules on Wello's pending Motion to Dismiss and/or stay this action. If the Court grants the pending Motion to Dismiss, this case will either be resolved in its entirety (as a result of dismissal) or stayed (if the Court grants a stay instead).

E. **The Necessity or Desirability of Amendments to the Pleadings:** At this time, the parties do not anticipate a need or desire to amend the currently existing pleadings.

F. **The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things which will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence**: At this time, the Parties have not yet begun discovery. Once the parties have exchanged their mandatory disclosures, propounded discovery requests, and received responses to same, the parties will revisit this topic.

G. **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence:** None at this time. Once the parties have exchanged their mandatory disclosures, propounded discovery requests, and received responses to same, the parties will revisit this topic.

H. **Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master:** The parties would agree to referring discovery disputes to a Magistrate Judge.

I. **Preliminary Estimate of the Time Required for Trial:** 3-5 days.

J. **Requested Date or Dates for:**
   i. **Conferences before Trial:** None at this time, other than the Final Pretrial Conference.

    ii.    **Final Pretrial Conference:** April 17, 2023.

    iii.    **Trial:** April 25, 2023.

K. **Any Issues About:**

    i.    **Disclosure, Discovery, or Preservation of Electronically Stored Information, including the Form or Forms in which it should be Produced:** All ESI should be produced in native format or PDF format. No other issues at this time.

    ii.    **Claims of Privilege or of Protection as Trial-Preparation Materials, including -- if the Parties Agree on a Procedure to Assert those Claims after Production -- whether to Ask the Court to Include their Agreement in an Order under Federal Rule of Evidence 502:** No claims of privilege have been made yet. The parties reserve the right to make claims of privilege. All documents or information withheld on the basis of privilege will be logged and described in a privilege log. There is no need at this time for an order under Federal Rule of Evidence 502, but the parties may revisit this topic as discovery progresses.

    iii.    **When the Parties have Agreed to Use the ESI Checklist Available on the Court's Website (www.flsd.uscourts.gov), Matters Enumerated on the ESI Checklist:** The parties have not agreed to use the ESI Checklist.

L. **Any Other Information which Might be Helpful to the Court in Setting the Case for Status or Pretrial Conference:** None.

**LOCAL RULE 16.1(B)(3) JOINT PROPOSED SCHEDULING ORDER**

A. **Case Management Track Recommendation:** Standard Track

B. **Detailed Discovery Schedule Agreed to by the Parties**: See chart below

C. **Any Agreements or Issues to be Decided by the Court regarding the Preservation, Disclosure, and Discovery of Documents, Electronically Stored Information, or Things:** None at this time.

D. **Any Agreements the Parties Reach for Asserting Claims of Privilege or Protection of Trial Preparation Material after Production:** None at this time.

E. **A Limitation of Time to Join Additional Parties and to Amend the Pleadings:** See chart below.

F. **Deadline to File All Pretrial Motions:** See chart below.

G. **Deadline for Resolution of All Pretrial Motions by the Court: See chart below.**

H. **Any Proposed Use of the Manual on Complex Litigation and Any Other Need for Rule Variations, such as on Deposition Length or Number of Depositions:** This case is not complex and there is no need to use the Manual on Complex Litigation. There is no need for any rule variations at this time.

I. **Pretrial Conference Date: April 17, 2023**

J. **Trial Date: April 25, 2023**

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Parties' Mandatory Initial Disclosures (pursuant to Fed.R.Civ. P. 26(a)(1) | **July 30, 2022** |
| Certificate of Interested Persons and Corporate Disclosure Statement | **June 30th, 2022, per D.E. #29** |

| | |
|---|---|
| Joinder of Parties, Amendment of Pleadings; and Motions for Class Certification | **December 1, 2022** |
| Fact Witnesses Depositions: Plaintiff(s): Defendant(s): | **January 2, 2023** |
| Exhibit List: Plaintiff(s): Defendant(s): | **March 3, 2023** |
| Disclosure of Expert and Expert Reports: | January 30, 2023 |
| Disclosure of Rebuttal Experts and Reports: Plaintiff(s): Defendant(s): | 20 days after disclosure of expert/expert report |
| Fact Discovery Deadline | **January 2, 2023** |
| Expert Discovery Deadline | **April 3, 2023** |
| Dispositive Pretrial Motions, Motions to Exclude or Limit Expert Testimony, Daubert Motions | **March 16, 2023** |
| Mediation Completed | **January 30, 2023** |
| *Motions in Limine*; | **March 16, 2023** |
| Date for filing all Other Pretrial Motions | **March 2, 2023** |
| Date for Resolution of all Pretrial Motions | **April 17, 2023** |

| | |
|---|---|
| Responses to *Motions in Limine* and Daubert Motions , and | **20 days after filing of motion** |
| Deposition Designations for Trial | **March 16, 2023** |
| Counter Deposition Designations | **10 days after filing of designations** |
| Meeting to prepare Joint Final Pretrial Stipulation | **14 days before Final Pretrial Conference, per Local Rule 16.1(c) and (d)** |
| Joint Final Pretrial Stipulation (*including* a single set of jointly proposed Witness Lists, Exhibit Lists with objections and approved form) | **7 days prior to the Final Pretrial Conference, per Local Rule 16.1€** |
| Final Pretrial Conference | **April 17, 2023** |
| Trial Special Setting | April 25, 2023 |
| Estimated Length of Trial | *3-5 days* |

Dated June 30, 2022.

Respectfully submitted,

| | |
|---|---|
| GOLDMAN & HELLMAN<br>*Attorneys for Plaintiff*<br>8751 W. Broward Boulevard<br>Suite 404<br>Fort Lauderdale, FL 33324<br>Tel (954) 356-0460<br>Fax (954) 832-0878<br><br><br>By: /s/ Steven E. Goldman<br>STEVEN E. GOLDMAN<br>FLA. BAR. NO. 345210<br><br>By: /s/ Jacqueline L. Goldman<br>JACQUELINE L. GOLDMAN<br>FLA. BAR. NO. 1005573 | */s/* Angela Bousalis<br>Raul Morales, Esq.<br>Fla. Bar No. 0653071<br>Angela Bousalis, Esq.<br>Fla. Bar. No. 111379<br>MARTINEZ MORALES2600 S. Douglas Road, Suite 305<br>Coral Gables, FL 33134<br>Telephone: (305) 501-5011<br>Facsimile (786) 272-7997 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

Raul Morales, Esq.
Cristina Salem, Esq.
MARTINEZ MORALES
2600 S. Douglas Road, Suite 305
Coral Gables, FL 33134
T: 305-501-5011
F: 786-272-7997
rmorales@mmlawfl.com
csalem@mmlawfl.com

                GOLDMAN & HELLMAN
                *Attorneys for Plaintiff*
                8751 W. Broward Boulevard
                Suite 404
                Fort Lauderdale, FL 33324
                Tel (954) 356-0460
                Fax (954) 832-0878

                By: /s/ Steven E. Goldman
                STEVEN E. GOLDMAN
                FLA. BAR. NO. 345210

                By: /s/ Jacqueline L. Goldman
                JACQUELINE L. GOLDMAN
                FLA. BAR. NO. 1005573