**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:21-cv-24234-RKA-ALTMAN

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

 Plaintiff,

v.

WELLO AND MOM, LLC,

 Defendant.
_____/

**DEFENDANT, WELLO AND MOM, LLC'S**
**CERTIFICATE OF INTERESTED PARTIES**

 Defendant, WELLO AND MOM, LLC., (**"WELLO"**), in compliance with this Honorable Court's June 17th, 2022 *Order Requiring Scheduling Report And Certificates Of Interested Parties* [D.E. #29] hereby files its *Certificate of Interested Parties,* and states as follows:

**CERTIFICATE OF INTERESTED PARTIES**

 WELLO certifies that the below, to the best of its knowledge, constitutes a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

 1. WELLO, a privately-owned corporation;

 2. Amelina Cisneros, co-owner of WELLO;

 3. Roy Cisneros, co-owner of WELLO;

 4. Clear Spring Property and Casualty Company, Plaintiff;

 5. Goldman & Hellman., counsel for Plaintiff;

1

6. Martinez Morales, Counsel for WELLO

7. Leading Public Adjusters One, Inc., WELLO's public adjuster

DATED: June 30th, 2022        Respectfully submitted,

MARTINEZ MORALES
2600 S. Douglas Road, Suite 305
Coral Gables, FL 33134
T: 305-501-5011 / F: 786-272-7997
rmorales@mmlawfl.com\

By **: /S/ RAUL MORALES**
      **RAUL MORALES**
      **FBN: 0653071**

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 30th day of June 2022, a true and correct copy of the foregoing has been furnished via electronic mail upon:

**Goldman & Hellman**
**Jacquie Goldman, Esq.**
8751 W. Broward Blvd.,
Suite 404
Fort Lauderdale, FL 33324
jacquie@goldmanandhellman.com
steven@goldmanandhellman.com

By **: /S/ RAUL MORALES**
      **RAUL MORALES**