UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**CLEAR SPRING PROPERTY AND**
**CASUALTY COMPANY**,

    Plaintiff,

Case No. 1:21-cv-24234-RKA

vs.

**WELLO AND MOM, LLC**,

    Defendant.

_____/

## JOINT MEDIATION REPORT

COME NOW the parties hereto, Plaintiff CLEAR SPRING PROPERTY AND CASUALTY COMPANY, and Defendant, WELLO AND MOM, LLC, by and through their respective undersigned counsel, in compliance with this Court's Order Scheduling Mediation August 21, 2022 [ECF No. 53], and hereby submit this Joint Mediation Report.

The parties submitted to mediation on December 2, 2022, before David H. Salmon, Esq., of Salmon & Dulberg Dispute Resolution. The parties did not settle the case, and the mediator declared an impasse.

Dated: December 5, 2022

Respectfully submitted,

| | |
|---|---|
| THE GOLDMAN MARITIME LAW GROUP<br>*Attorneys for Plaintiff*<br>401 East Las Olas Boulevard<br>Suite 1400<br>Fort Lauderdale, FL 33301<br>Tel (954)356-0460<br>Fax (954)832-0878<br>Cel (617)784-1100<br><br>By: /s/ Jacqueline L. Goldman<br>JACQUELINE L. GOLDMAN<br>FLA. BAR. NO. 1005573 | MARTINEZ MORALES<br>*Attorneys for Defendant*<br>2600 S. Douglas Road, Suite 305<br>Coral Gables, FL 33134<br>Main: 305-501-5011<br>Fax: 786-272-7997<br>Email: csalem@mmlawfl.com<br><br><br>By:    */s/ Cristina Salem*<br>CRISTINA SALEM, ESQ.<br>FLA. BAR NO. 1011103 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

Raul Morales, Esq.
Cristina Salem, Esq.
Angela Bousalis, Esq.
MARTINEZ MORALES
2600 S. Douglas Road, Suite 305
Coral Gables, FL 33134
T: 305-501-5011
F: 786-272-7997
rmorales@mmlawfl.com
csalem@mmlawfl.com
abousalis@mmlawfl.com

THE GOLDMAN MARITIME LAW GROUP
*Attorneys for Plaintiff*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Tel (954)356-0460
Fax (954)832-0878
Cel (617)784-1100

By: /s/ Steven E. Goldman
STEVEN E. GOLDMAN
FLA. BAR. NO. 345210