**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CLEAR SPRING PROPERTY**
**AND CASUALTY COMPANY,**

    Plaintiff,

vs.

                                          Case No. 1:21-cv-24234-RKA

**WELLO AND MOM, LLC,**

    Defendant.

_____

**DEFENDANT'S MOTION FOR EXTENSION OF**
**TIME TO FILE PRETRIAL MOTIONS**

Defendant WELLO AND MOM, LLC (hereinafter **"WELLO"**), by and through undersigned counsel and pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida and Rule 16 of the Federal Rules of Civil Procedure, to file its *Motion for Extension of Time to File Pretrial Motions*, and further thereto respectfully states as follows:

1. The instant action is one for declaratory relief in which the Plaintiff, CLEAR SPRING PROPERTY AND CASUALTY COMPANY (**"CLEAR SPRING"**), asks this Court to adjudicate and determine the rights of the parties to a contract of marine insurance. *See Plaintiff Clear Spring's Second Amended Complaint for Declaratory Judgment*, dated January 24th, 2023 [ECF No. 74].

2. This litigation arises out of an incident for which WELLO submitted a claim asserting that a vessel (hereinafter the **"Vessel"**) owned by the WELLO and insured by the Plaintiff under Policy No. CSRYP/204845 (hereinafter the **"Policy,"** a true and correct copy of which was previously filed as ECF No. 8-3), suffered a partial sinking on September 27th, 2021.

1

3. On December 28th, 2022, this Honorable Court entered the *Amended Scheduling Order* (ECF No. 71) which amended the prior Scheduling Order (ECF No. 49).

4. Per the Amended Scheduling Order, pretrial motions were due February 7th, 2023, however, due to a clerical error, the undersigned calendared this deadline as March 2nd, 2023, in accordance with the prior Scheduling Order (ECF No. 49).

5. The undersigned intends to file various pretrial motions that are critical to its defense in this case and in preparation for trial.

6. Accordingly, the undersigned seeks an additional thirty (30) day extension of time, through and including April 3rd, 2023, to file its pretrial motions.

7. As such, WELLO respectfully requests that the pretrial motion deadline be extended to April 3rd, 2023, for all of the reasons stated herein.

8. This Motion is made in good faith and not for the purposes of delay, nor will it prejudice any party or interfere with any of the Court's other deadlines.

9. CLEAR SPRING has no position on the extension requested herein.

**WHEREFORE**, Defendant WELLO AND MOM, LLC respectfully requests that the Court grant this motion for extension of the pretrial motion deadline, and to award any and all such further relief as it may deem just and prior in the premises.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies she conferred with counsel for the Plaintiff via telephone and e-mail on March 3rd, 2023, and Plaintiff does not take a position on the motion or the extension requested herein.

Dated: March 3rd, 2023

                              Respectfully submitted,

MARTINEZ MORALES
2600 S. Douglas Road, Suite 305
Coral Gables, FL 33134
T: 305-501-5011
F: 786-272-7997
rmorales@mmlawfl.com
csalem@mmlawfl.com

By: */s/ Cristina Salem*_____
      **RAUL MORALES**
      **FBN: 065307**
      **CRISTINA SALEM**
      **FBN: 1011103**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3rd, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

THE GOLDMAN MARITIME LAW GROUP
*Attorneys for Plaintiff*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Tel (954)356-0460
Fax (954)832-0878
Cel (617)784-1100

By: */s/ Cristina Salem*_____
      **RAUL MORALES**
      **CRISTINA SALEM**