UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-24234-ALTMAN/Reinhart

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

    *Plaintiff*,

v.

WELLO AND MOM, LLC,

    *Defendant*.

_____/

## ORDER OF REFERRAL

The parties have filed cross-motions for summary judgment. *See* Plaintiff's Motion for Summary Judgment [ECF No. 81]; Defendant's Motion for Summary Judgment [ECF No. 85]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, we hereby **ORDER** that the cross-motions [ECF Nos. 81, 85] are **REFERRED** to United States Magistrate Judge Bruce E. Reinhart for a report and recommendation.

**DONE AND ORDERED** in the Southern District of Florida on August 17, 2024.

                                                  _____
                                                  ROY K. ALTMAN
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record