UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

    Plaintiff,

                                 Case No. 1:21-cv-24234

vs.

WELLO AND MOM, LLC,

    Defendant.

_____/

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, CLEAR SPRING PROPERTY AND CASUALTY COMPANY, by and through its undersigned attorneys, and serves this its Notice of Filing Supplemental Authority in Support of its Motion for Summary Judgment [ECF No. 81]:

1. *Clear Spring Prop. & Cas. Co. v. Big Toys LLC*, 683 F. Supp. 3d 1297 (S.D. Fla. 2023).

2. *Great Lakes Ins. SE v. Raiders Retreat Realty Co., LLC*, No. CV 19-4466, 2024 WL 3416253 (E.D. Pa. July 15, 2024).

Dated: September 19, 2024
      Fort Lauderdale, Florida

                  Respectfully submitted,

                  THE GOLDMAN MARITIME LAW GROUP
*Attorneys for Plaintiff*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Tel (954)356-0460
Fax (954)832-0878
Cel (617)784-1100

By: /s/ Jacqueline L. Goldman
JACQUELINE L. GOLDMAN
FLA. BAR. NO. 1005573

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 19, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

Christopher J. Lynch, Esq.
Hunter Lynch Law
*Attorneys for Defendant*
6915 Red Road, Suite 208
Coral Gables, FL 33143
Tel: 305-443-6200
Clynch@hunterlynchlaw.com
Lmartinez@hunterlynchlaw.com

Henry Marinello, Esq.
LAW OFFICE OF HENRY MARINELLO,P.A.
*Co-Counsel for Sea 21-21 LLC*
P.O. Box 562516 Miami, Florida 33256
Telephone 305-670-5688
Fax 305-238-5553
Email hmarinello@hemlegal.com

THE GOLDMAN MARITIME LAW GROUP
*Attorneys for Plaintiff*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Tel (954)356-0460
Fax (954)832-0878
Cel (617)784-1100

By: /s/ Jacqueline L. Goldman
JACQUELINE L. GOLDMAN
FLA. BAR. NO. 1005573

3