**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CLEAR SPRING PROPERTY AND**
**CASUALTY COMPANY**,

    Plaintiff,

Case No. 1:21-cv-24234-RKA

vs.

**WELLO AND MOM, LLC**,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    COME NOW the parties hereto, CLEAR SPRING PROPERTY AND CASUALTY COMPANY, and Defendant, WELLO AND MOM, LLC, and through their respective undersigned counsel, and hereby give notice that they have reached a settlement in principle and are negotiating the terms of a release. Once a final agreement is reached, further notice will be provided to the Court.

    Dated: May 7, 2025
           Fort Lauderdale, Florida

Respectfully submitted,

THE GOLDMAN MARITIME LAW GROUP
*Attorneys for Plaintiff*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Tel (954) 356-0460
Fax (954) 832-0878
Cel (617) 817-1887
jacquie@goldmanmaritime.com

By: /s/ Jacqueline Jurist-Schoen
JACQUELINE JURIST-SCHOEN
FLA. BAR. NO. 1005573

By:  /s/ Angela Bousalis___
ANGELA BOUSALIS
FBN: 111379
RAUL MORALES
FBN: 0653071
CRISTINA SALEM
FBN: 1011103

MARTINEZ MORALES
2600 S. Douglas Road, Suite 305
Coral Gables, FL 33134
T: 305-501-5011
rmorales@mmlawfl.com
csalem@mmlawfl.com
abousalis@mmlawfl.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

Angela Bousalis, Esq.
Raul Morales, Esq.
Cristina Salem, Esq.
MARTINEZ MORALES
2600 S. Douglas Road, Suite 305
Coral Gables, FL 33134
T: 305-501-5011
F: 786-272-7997
rmorales@mmlawfl.com
csalem@mmlawfl.com
abousalis@mmlawfl.com

                                             THE GOLDMAN MARITIME LAW GROUP
*Attorneys for Plaintiff*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Tel (954) 356-0460
Fax (954) 832-0878
Cel (617) 817-1887
jacquie@goldmanmaritime.com

By: /s/ Jacqueline Jurist-Schoen
JACQUELINE JURIST-SCHOEN
FLA. BAR. NO. 1005573